IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHIE PORTER, et al.** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | **Civil Case No. 1:06-cv-00667-JDB** |
| : | |
| : | |
| **PRINCE GEORGE'S COUNTY, MD, et al.** : | |
| : | |
| Defendants. : | |
| : | |

### DEFENDANTS PRINCE GEORGE'S COUNTY, MARYLAND, JACK JOHNSON AND MELVIN HIGH'S
### MOTION TO DISMISS AMENDED COMPLAINT

COME NOW Defendants, Prince George's County, Maryland, Jack Johnson, and Melvin, by and through undersigned counsel, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, hereby move this Honorable Court to Dismiss the Amended Complaint filed against them, and in support of such reasons state as follows:

1. This Court lacks personal jurisdiction over the Defendants.

2. Venue is improper in the District of Columbia.

WHEREFORE, Defendants, Prince George's County, Maryland, Jack Johnson, and Melvin High, respectfully request this Court Dismiss the Amended Complaint filed against them as set forth more fully in the Memorandum filed herewith.

Respectfully submitted,

**DAVID S. WHITACRE**
**COUNTY ATTORNEY**

**MARY C. CRAWFORD**
**DEPUTY COUNTY ATTORNEY**

By:_____/s/_____
Alice S. Chong, D.C. Bar # 459682
Associate County Attorney
**PRINCE GEORGE'S COUNTY**
**OFFICE OF LAW**
14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, Maryland 20772
301-952-5225 (voice)
301-952-3071 (facsimile)
Attorney for Defendants
Prince George's County, Maryland,
Jack Johnson, and Melvin High

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 9th day of May, 2006, a copy of the foregoing Motion to Dismiss Amended Complaint, along with its accompanying Memorandum of Points and Authorities, and Proposed Order was transmitted electronically via ECF to:

Walter L. Blair, Esquire
Federal Bar No. 471051
4701 Melbourne Place
College Park, MD  20740
*Attorneys for Plaintiff*

George H. Smith, Esquire
Federal Bar No. 358866
4701 Melbourne Place
College Park, MD  20740
*Attorneys for Plaintiff*

_____/s/_____
Alice S. Chong