IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARCHIE PORTER, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | **Civil Case No. 1:06-cv-00667-JDB** |
| : | |
| : | |
| **PRINCE GEORGE'S COUNTY, MD, et al.** : | |
| : | |
| **Defendants.** : | |
| : | |

**PROPOSED ORDER**

This Court having considered Defendants, Prince George's County, Maryland, Jack Johnson, and Melvin High's Motion to Dismiss, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006

**ORDERED** that the Motion to Dismiss be and is hereby **GRANTED**; and it is further

**ORDERED** that Defendants, Prince George's County, Maryland, Jack Johnson, and Melvin High be dismissed from the above captioned suit with prejudice.

_____
JUDGE
United States District Court for the
District of Columbia

Copies to:

Alice S. Chong
Associate County Attorney
**PRINCE GEORGE'S COUNTY**
**OFFICE OF LAW**
14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, Maryland 20772
Walter L. Blair, Esquire

4701 Melbourne Place
College Park, MD  20740
*Attorneys for Plaintiff*

George H. Smith, Esquire
4701 Melbourne Place
College Park, MD  20740
*Attorneys for Plaintiff*