UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHIE PORTER, et al. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00667-JDB |
| ) | |
| PRINCE GEORGE'S COUNTY ) | |
| GOVERNMENT, et al., ) | |
| ) | |
| Defendant ) | |
| _____) | |

## MOTION FOR ENLARGEMENT OF TIME AND FOR LEAVE TO FILE

COMES NOW, Plaintiff, Archie Porter, by and through counsel, Walter L. Blair, Esquire, and files Motion for Enlargement of Time and for Leave to File, for the following reasons:

1. Plaintiff's counsel's administrative staff received Defendants Prince George's County, Maryland, Jack Johnson and Melvin High's Motion to Dismiss Amended Complaint, on May 9, 2006, however, due to inadvertence, the motion was not communicated to counsel until this day, May 25, 2006.

2. Plaintiff's counsel in involved in numerous cases as Defendant's counsel, all of which are protracted, voluminous and complex matters.

3. Plaintiff's counsel has always timely responded to opposing counsel's motions and pleadings.

4. In fact in this case, Plaintiff's counsel has submitted not only the Complaint but courtesy copies of the full discovery package to all Defendants' counsels.

5. Plaintiff's counsel would have responded timely had counsel actually seen the said motion to dismiss.

6.      Plaintiff's counsel contacted Defendant's counsel's office to seek consent to file motion late, however, Attorney Alice Chong's assistant, Diana Osgood, advised that neither Ms. Chong or any appropriate county attorney was available to respond to Plaintiff's counsel's request and Plaintiff's counsel has not spoken to Defendant's counsel as of the date of the filing of this motion.

7.      This motion is meritorious and offered in good faith without any intent to cause prejudice to any party or improperly delay any party or the Court.

8.      It is respectfully requested that this motion be received immediately prior to the substantive motion opposing Defendant Prince George's County's Motion to Dismiss

WHEREFORE, it is respectfully requested that this Motion for Enlargement of Time and for Leave to File be granted.

Respectfully submitted,

BLAIR & LEE, P.C.

By _____/s/_____

George H. Smith, Esquire
Federal Bar No. 358866
4701 Melbourne Place
College Park, Maryland  20740
(301) 474-4700


_____/s/_____
Walter L. Blair, Esquire
Federal Bar No .471051
4701 Melbourne Place
College Park, Maryland  20740
(301) 474-4700

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rules of Civil Procedure, Rule 6(b) permits this Honorable Court to extend the time for Plaintiff to file their opposition to motion to dismiss, even where the motion was filed after the expiration of the specific period in which the opposition should have been filed. In this case, the opposition should have been filed on or around May 19, 2006, however, due to "excusable neglect," id, Plaintiff's counsel was unaware that the motion had been received in counsel's office.

For this reason, as well as all of the reasons presented in this motion, including the inherent power of the Court, Plaintiff requests enlargement of time to oppose Defendant's motion to dismiss, for a period not to exceed twenty (20) days to allow Plaintiff to adequately and reasonably oppose the motion to dismiss.

WHEREFORE, it is respectfully requested that this Motion for Enlargement of Time and for Leave to File be granted.

Respectfully submitted,
BLAIR & LEE, P.C.

By _____/s/_____
George H. Smith, Esquire
Federal Bar No. 358866
4701 Melbourne Place
College Park, Maryland  20740
(301) 474-4700

_____/s/_____
Walter L. Blair, Esquire
Federal Bar No .471051
4701 Melbourne Place
College Park, Maryland  20740
(301) 474-4700

**CERTIFICATE OF E-FILING**

I HEREBY CERTIFY that on this 25th day of May, 2006 a copy of the foregoing Motion for Enlargement of Time and for Leave to File was e-filed and so served upon Alice S. Chong, Associate County Atorney, 14741 Governor Oden Bowie, Drive, Suite 5121, Upper Marlboro, Maryland 20772.

_____/s/_____
George H. Smith, Esquire

GHS/kw C:\My Documents\BLAIR, WALTER\BLAIR, WALTER\Porter Motion for Enlargment of Time w6.wpd

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARCHIE PORTER, et al. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00667-JDB |
| ) | |
| PRINCE GEORGE'S COUNTY ) | |
| GOVERNMENT, et al., ) | |
| ) | |
| Defendant ) | |
| _____) | |

### ORDER

UPON CONSIDERATION of the Motion for Enlargement of Time and for Leave to File , and it appearing to the Court that good cause is shown why the Motion for Enlargement of Time and for Leave to File should be granted, it is on this _____ day of _____, 2006,

ORDERED, that the Motion for Enlargement of Time and for Leave to File , time having expired to respond to Defendant's Motion to Dismiss, is hereby granted, and it is further,

ORDERED, that Plaintiff shall have twenty (20) days extension to file Plaintiff's opposition to Defendant's Motion to Dismiss

_____
JUDGE, U.S. DISTRICT COURT

cc:   George H. Smith, Esquire

     Walter L. Blair, Esquire

     Alice S. Chong, Esquire