UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ARCHIE PORTER,

Plaintiff,

v.

PRINCE GEORGE'S COUNTY GOV'T, et al.,

Defendants.

Civil Action No. 06-0667 (JDB)

## ORDER

Upon consideration of defendants' motion to dismiss for lack of personal jurisdiction and improper venue, the memoranda of the parties, applicable law, and the entire record herein, and for the reasons discussed in the Memorandum Opinion filed on this date, it is this fourteenth day of July, 2006, hereby

**ORDERED** that the motion is **GRANTED** in part; and it is further

**ORDERED** that the Clerk of the Court is directed to **TRANSFER** this action to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. § 1406.

/s/   John D. Bates
      John D. Bates
      United States District Judge

*Copies to*:

George Henry Smith
BLAIR & LEE
4701 Melbourne Place
College Park, MD 20740

(301) 474-4700
Fax: (301) 474-5568
Email: blghslaw4100@aol.com

Walter Lloyd Blair
BLAIR & LEE, P.C.
Blair Professional Building
4701 Melbourne Place
College Park, MD 20740
(301)474-4700
Fax: 301-474-5568
Email: BlairLeePC@aol.com
    *Counsel for plaintiff*

Alice S. Chong
PRINCE GEORGE'S COUNTY GOVERNMENT
14741 Gov. Oden Bowie Drive
Suite 5121
Upper Marlboro, MD 20772
(301) 952-5225
Fax: 301-952-3071
Email: aschong@co.pg.md.us
    *Counsel for defendants*